UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

MARGUERITE CRAIG; LINDA L'ERARIO; R[illegible]LAZAR AND THOMAS LAZAR; RALPH MARUCA AND TINA MARUCA; HELEN MOROZZI AND FREDERICK MOROZZI; CARLOS ALVAREZ; CAROL BOZEMAN AND DONALD BOZEMAN; ROY KRAMER AND BEVLAH KRAMER; JOSEPH MARMORSTEIN AND ESTHER MARMORSTEIN; RACHEL ROVINS; LINDA RUNGE; ROBERT TAYLOR AND MINA TAYLOR; JOSEPH BOYLE III AND PATTI BOYLE; RICHARD DALE AND JEAN L. DALE; ANTHONY FASANELLA AND PATRICIA FASANELLA; MURIEL HUGHLEY; HAROLD KELLEY AND BEVERLY KELLEY; HARRY RHEA AND MARY M. RHEA; INGE DELIA; MARY OTT; DAMIANA PIMENTEL AND HECTOR PIMENTEL; ANTHONY VELDEZ AND HELEN VELDEZ; PATRICK KISSINGER AND KAY L. KISSINGER; CATHERINE LETTON AND JAMES M. LETTON, JR.; ADELE WORKMAN; MELVINA OAKLEY; MICHELLE WILLIAMS; JOHN DOUGLASS; FRANCES FOSTER AND WAYNE T. FOSTER; MARCELINA BIART; CARMEN HERRERA; HECTOR SUAREZ AND ELIDA SUAREZ; DAVID SUCHOW AND HILDA SUCHOW; LENA BELTON AND HARDIN BELTON; MARJORIE BOUCHER AND ROBERT P. BOUCHER; EDDIE BUTLER; JOSEPH CALABRO AND NINA CALABRO; WILLIAM CARNALL AND FLORENCE CARNALL; HOWARD DANIELS, SR. AND DENISE Y. DANIELS; RUTH HAMMELL; DELORES HOWARD; PATRICK JOLLY AND MARY JOLLY; DONALD LIPPINCOTT AND CAROLE A. LIPPINCOTT; THOMAS PASSERELLA AND DAMARIS PASSERELLA; JOHN PRONESTI AND ARLENE PRONESTI; IDELMER RAMIREZ AND JULIA RAMIREZ; GERMANDA SANTIAGO AND REYES SANTIAGO; ROBERT STRANKO, SR. AND PATRICIA STRANKO, SR.; ADA YORK; REUVEN GOLDMAN AND ELIAN GOLDMAN; AUDREY LEVANDOSKI; GEORGE BRENFLECK; EMMANUEL PARAY; MARY BITNER AND STANLEY BITNER; ELLA DICKEY AND WALTER DICKEY; INEZ GEORGE; ROSALIE HOLMES; VERONICA PITTLUS; JOAN FOREMAN AND CLINTON FOREMAN; WANDER INGERSOLL; MARI-ANNE LUGO; MICHAEL MAPES; PRISCILLA PIERCE; THOMAS MIXON; JOAN KANYA AND ALBERT KANYA;

Plaintiffs,

- against -

BAYER CORPORATION, BAYER A.G., GLAXOSMITHKLINE, PLC, SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE,

Defendants.

---------------------------------------------------------------------------X

2003 - CV- ( )

03 CV 9706

**DEFENDANT BAYER CORPORATION'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate

273963.1

judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, BAYER CORPORATION, a private (non-governmental) party, certifies that the following constitute any parent corporation and any publicly held corporation that owns 10% or more of its stock:

BAYER AG

Dated: New York, New York
December 8, 2003

Respectfully yours,

HEIDELL, PITTONI, MURPHY & BACH, LLP

By: ______________________

Scott M. Zimmerman (SZ 2735)
Daniel S. Ratner (DR 7823)
Attorneys for Defendant
BAYER CORPORATION
99 Park Avenue
New York, New York 10016
(212) 286-8585

TO: Paul Pennock, Esq.
Victoria J. Maniatis, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5906
*Attorneys for Plaintiff*

Beth L. Kaufman, Esq
David B. Gordon, Esq
Schoeman, Updike & Kaufman LLP
60 East 42nd Street
New York, New York 10165
(212) 661-5030
*Attorneys for Glaxosmithkline, plc.*

273963.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) SS.:
COUNTY OF NEW YORK )

Wayne Dixon, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and is employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

On December 8, 2003, deponent served the within RULE 7.1 STATEMENT upon the following attorney(s) at the address(es) designated by said attorney(s) for that purpose by delivery a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO: Victoria J. Maniatis, Esq.
Paul Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5906
*Attorneys for Plaintiff*

Beth L. Kaufman, Esq.
Schoeman, Updike & Kaufman, LLP
Attorneys for defendants GLAXOSMITHKLINE, PLC and
SMITHKLINE BEECHAM CORPORATION
60 East 42nd Street
New York, New York 10165

WAYNE DIXON

Sworn to before me this
8th day of December, 2003

NOTARY PUBLIC
JOSE M. TEJEDA
Notary Public, State of New York
No. 4993001
Qualified in Bronx County
Commission Expires March 9, 2006

272591.1