# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) SS.:
COUNTY OF NEW YORK )

Wayne Dixon, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and is employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

On March 5, 2004, deponent served the within ANSWER AND DEFENSES upon the following attorney(s) at the address(es) designated by said attorney(s) for that purpose by delivery a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO: Victoria J. Maniatis, Esq.
Paul Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038
(212) 558-5500
*Attorneys for Plaintiff*

Beth L. Kaufman, Esq
David B. Gordon, Esq
Schoeman, Updike & Kaufman LLP
60 East 42nd Street
New York, New York 10165
(212) 661-5030
*Attorneys for Glaxosmithkline, plc.*

WAYNE DIXON

Sworn to before me this
5th day of March, 2004

NOTARY PUBLIC

MARIE DIBIASE
Notary Public, State of New York
No. 01DI4684071
Qualified in Queens County
Commission Expires April 30, 2006

272591.1